UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MAGISTRATE ACTION NO. C-05-444-2 |
| | § | |
| SARA M FELIX, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DETENTION PENDING TRIAL

A detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear for court as required; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial. The findings and conclusions contained in the Pretrial Services Report are adopted. Defendant is a naturalized United States citizen, and her criminal history consists only of a DWI conviction fourteen years ago. Unfortunately, defendant's history and circumstances reflect that she does not have a stable residence and that she travels to Mexico to visit with her husband, with whom she intends to reunite. The circumstances of this offense also suggest ties to Mexico. The government's motion for detention is granted, but without prejudice to the defendant filing a request for bond upon proof of: (1) a stable residence; (2) a stable and responsible third-party custodian; (3) a co-surety owning non-exempt assets sufficient to address the risk of flight; and (4) a cash deposit sufficient to address the risk of flight.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 16th day of August, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE